# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHG HOSPITAL LITTLE ROCK LLC                                                    PLAINTIFF

v.                                    Case No. 4:19-cv-00126 KGB

MUELLER INDUSTRIES, Inc. *et al.*                                              DEFENDANTS

## ORDER

Before the Court is plaintiff CHG Hospital Little Rock LLC's ("CHG") stipulation and proposed order to extend deadline for submission of stipulated record (Dkt. No. 14). CHG represents that separate defendant Mueller Industries, Inc. hopes to provide CHG with a copy of the administrative record by the end of the week, but CHG also notes that it will need to analyze the administrative record to determine if additional documents are needed (*Id.*, at 1-2). Furthermore, CHG represents that its counsel has scheduling conflicts during June and August 2019 (*Id.*, at 2). The parties therefore both request that the deadline for the submission of the stipulated record be extended up to and including September 6, 2019.

For good cause shown, the Court adopts the stipulation (Dkt. No. 14). The Court therefore extends the deadline for the submission of the stipulated record up to and including September 6, 2019.

It is so ordered, this the 19th day of June 2019.

                                                            Kristine G. Baker
                                                            United States District Judge