# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHG HOSPITAL LITTLE ROCK, LLC                                              PLAINTIFF

v.                            Case No. 4:19-cv-00126 KGB

MUELLER INDUSTRIES, INC., *et al.*                                         DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 20). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 28th day of October, 2019.

Kristine G. Baker
United States District Judge